THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #203
Orland, CA 95963
Telephone: 530-834-1000
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>BOGEY'S CAFÉ; LOUIS J. RAFFI an individual; LOUIS J. RAFFI AS TRUSTEE OF THE "CREDIT TRUST"; SANTA VENICIA PROPERTIES, L.P.; CAROLYN L. CRETTI, TRUSTEE OF THE SURVIVOR'S TRUST OF THE "VICTOR CRETTI AND CAROLYN L. CRETTI 1990 TRUST, UNDER TRUST AGREEMENT DATED MAY 24, 1990, AS RESTATED ON JULY 10, 1999,<br><br>Defendants. | CASE NO. 3:18-CV-06288-RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

///

///

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

**IT IS SO STIPULATED.**

                                                     Respectfully Submitted,

Dated: May 31, 2019              THOMAS E. FRANKOVICH, APLC
                                           ***A PROFESSIONAL LAW CORPORATION***


                                                   By:   /s/ Thomas E. Frankovich
                                                   Thomas E. Frankovich
                                                 Attorneys for Plaintiff

Dated: May 31, 2019              Sara B. Allman


                                                 By:  /s/ Sara B. Allman
                                                 Sara B. Allman
                                                 Attorney for SANTA VENICIA PROPERTIES LLC

///

///

///

///

///

///

///

///

///

# [~~proposed~~] ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: June 4, 2019

_____
Honorable Judge Richard Seeborg